LOUIS EHRHARD, JR., as Administrator de Bonis Non of the Estate of MARY EHRHARD, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Ehrhard* v. *Metropolitan Street Ry. Co.*, 104 App. Div. 626, affirmed.
(Argued May 8, 1906; decided May 22, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by the defendant's negligence.

*Charles F. Brown, Bayard H. Ames, Walter H. Wood* and *Henry A. Robinson* for appellant.

*Charles Bulkley Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER and HISCOCK, JJ. Dissenting: O'BRIEN, VANN and WILLARD BARTLETT, JJ.